**Order entered April 22, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00153-CV

## IN RE FIVE STAR GLOBAL, LLC, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08643**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Before the Court is relator's February 28, 2022 amended petition for writ of mandamus in which relator asks us to compel the trial court to vacate its February 18, 2022 order granting plaintiffs' motion to strike the jury demand. We request that real parties in interest and respondent file a response, if any, to the petition for writ of mandamus by **May 12, 2022**.

/s/    BILL PEDERSEN, III
        JUSTICE